## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:13-cr-00043-MR-DLH-6

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **KEVIN VICKERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant Kevin Vickers'
Motion to Join Suppression Motion of Co-Defendant, Participate in
Evidentiary Hearing and Adopt All Applicable Facts [Doc. 85].

For the reasons stated in the motion, and for good cause shown, the
Defendant's motion is granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc.
85] is **GRANTED**.

**IT IS SO ORDERED.**    Signed: October 1, 2013

Martin Reidinger
United States District Judge